## 28854. FLUELLEN v. THE STATE.

UNDERCOFLER, Justice.

This case involves only an application of unquestioned and unambiguous provisions of the State and Federal Constitutions to a given state of facts and jurisdiction of such a case is in the Court of Appeals. On motion of the appellant, the case is transferred.

*Transferred to the Court of Appeals. All the Justices concur.*

SUBMITTED MAY 3, 1974 — DECIDED MAY 7, 1974.

*Jay Wm. Fitt,* for appellant.
*E. Mullins Whisnant, District Attorney,* for appellee.